David E. Comstock, ISB No.: 2455
**LAW OFFICES OF COMSTOCK & BUSH**
199 N. Capitol Blvd., Ste 500
P.O. Box 2774
Boise, Idaho 83701-2774
Telephone: (208) 344-7700
*dec@comstockbush.com*

Erika Birch, ISB No.: 7831
**STRINDBERG & SCHOLNICK, LLC**
1516 W. Hays St.
Boise, ID 83702
Telephone: (208) 336-1788
*erika@idahojobjustice.com*

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **DIANE HULBERT, RONALD R. REAVES, and DEBORAH GAIPL,** | **ORDER TO DISMISS WITH PREJUDICE** |
| Plaintiffs, | |
| vs. | Case No. 1:16-cv-431 –WBS |
| **AMERICAN INSTITUTE OF HEALTH TECHNOLOGY, INC. dba CARRINGTON COLLEGE, an Idaho Corporation; U.S. EDUCATION CORPORATION, a Delaware Corporation, and DEVRY EDUCATION GROUP, INC. a Delaware Corporation,** | Judge William B. Shubb |
| Defendants. | |

Based on the parties' *Joint Motion to Dismiss With Prejudice (Dkt. #23),* and for good cause showing, IT IS HEREBY ORDERED AS FOLLOWS:

1. The above-entitled case is dismissed with prejudice.

2. Each party shall bear their own costs and attorney fees.

Dated: October 23, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE